NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000695
06-MAR-2020
08:57 AM

NO. CAAP-19-0000695

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ERIC POULSEN, Plaintiff-Appellant, v. COUNCIL MEMBER ELLE COCHRAN in Her Official Capacity as the Chair of the Infrastructure and Environmental Management Committee for the County Council; DEPUTY CORPORATION COUNSEL EDWARD S. KUSHI; DEPUTY CORPORATION COUNSEL JENNIFER OANA; THE COUNTY OF MAUI; Defendants-Appellees, and, JOHN DOES 1-10; JANE DOES 1-10; ROE GOVERNMENTAL AGENCIES 1-10; DOE GOVERNMENTAL ENTITIES Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 18-1-0397(1))

ORDER DISMISSING APPEAL
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On October 10, 2019, self-represented Plaintiff-Appellant Eric Poulsen (Poulsen) filed the notice of appeal;

(2) On October 14, 2019, the circuit court clerk filed the record on appeal;

(3) The opening brief was due on a clerk's extension on or before December 26, 2019;

(4) Poulsen did not file the opening brief or request another extension of time;

(5) On January 29, 2020, the appellate clerk notified Poulsen that the time for filing the opening brief had expired, the matter would be called to the court's attention on

February 10, 2020, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Poulsen could request relief from default by motion; and

(6) Poulsen took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, March 6, 2020.

Presiding Judge

Associate Judge

Associate Judge